UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |
| Queen Mercer, individually, as surviving spouse of Wesley Mercer;<br><br>Queen Mercer, as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer;<br><br>Linda Loran, individually, as surviving child of Wesley Mercer;<br><br>Jackie J. Mercer, individually, as surviving sibling of Wesley Mercer;<br><br>Mary Cooper, individually, as surviving sibling of Wesley Mercer;<br><br>Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker, deceased, the late sibling of Wesley Mercer;<br><br>Maria Revilla, individually, as surviving spouse of Luis Clodoaldo Revilla Mier;<br><br>Maria Revilla, as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier;<br><br>Jacqueline Milam, individually, as surviving spouse of Major Ronald D. Milam;<br><br>Jacqueline Milam, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Major Ronald D. Milam;<br><br>Jacqueline Milam, as Natural Guardian of RDM, a minor, as surviving child of Major Ronald D. Milam; | Civil Docket Number: ____________<br><br>**SAUDI ARABIA SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

Jacqueline Milam, as Natural Guardian of MM, a minor, as surviving child of Major Ronald D. Milam;

Rachel Miller, individually, as surviving child of Douglas C. Miller;

Laurie Miller, individually, as surviving spouse of Douglas C. Miller;

Laurie Miller, as the Personal Representative of the Estate of Douglas C. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller;

Katherine Miller, individually, as surviving child of Douglas C. Miller;

Donna Velazquez, individually, as surviving child of Frank V. Moccia;

Elaine Moccia, individually, as surviving spouse of Frank V. Moccia;

Elaine Moccia, as the Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia;

Frank Moccia, individually, as surviving child of Frank V. Moccia;

Raffaela Modafferi, individually, as surviving parent of Louis J. Modafferi;

Patricia Codispoti, individually, as surviving sibling of Louis J. Modafferi;

Anthony Modafferi, individually, as surviving sibling of Louis J. Modafferi;

Mercedes Hernandez Molina, individually, as surviving spouse of Manuel De Jesus Molina;

Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina;

Stacey Montoya, individually, as surviving spouse of Carlos A. Montoya;

Stacey Montoya, as the Personal Representative of the Estate of Carlos A. Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos A. Montoya;

Gilberto Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya;

Jaime Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya;

Luis F. Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya;

Magarita Londono de Montoya, individually, as surviving parent of Carlos A. Montoya;

Maureen Moody-Theinert, individually, as surviving spouse of Thomas (Capt.) Moody;

Maureen Moody-Theinert, as the Personal Representative of the Estate of Thomas (Capt.) Moody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas (Capt.) Moody;

Erin Moody, individually, as surviving child of Thomas (Capt.) Moody;

Jessica Moody, individually, as surviving child of Thomas (Capt.) Moody;

Deirdre Moody, individually, as surviving child of Thomas (Capt.) Moody;

Sean Moody, individually, as surviving child of Thomas (Capt.) Moody;

Stephanie Morales-Guerrero, individually, as surviving child of Paula E. Morales;

Stephanie Morales-Guerrero, as the Personal Representative of the Estate of Paula E. Morales, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paula E. Morales;

Petal S. Stanford-Sylvert, individually, as surviving child of Paula E. Morales;

Sherwin Morales, individually, as surviving child of Paula E. Morales;

Portia Morales, individually, as surviving child of

Paula E. Morales;

Shannon Moran, individually, as surviving child of Gerard Moran;

Shannon Moran, as the Personal Representative of the Estate of Gerard Moran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard Moran;

Kevin Moran, individually, as surviving sibling of Gerard Moran;

Kim Racklin, individually, as surviving spouse of John Moran;

Kim Racklin, as the Personal Representative of the Estate of John Moran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Moran;

Michael Moran, individually, as surviving sibling of John Moran;

Dylan Moran, individually, as surviving child of John Moran;

Ryan Moran, individually, as surviving child of John Moran;

Ellen Moran (a/k/a Ellen Brennan) as Personal Representative of the Estate of Margaret Murphy Moran, deceased, the late parent of John Moran;

Ellen Moran Brennan, individually, as surviving sibling of John Moran;

Mona O'Connor, individually, as surviving sibling of John Moran;

Steven Morello, individually, as surviving child of Steven Morello;

Eileen M. Morello, individually, as surviving spouse of Steven Morello;

Eileen M. Morello, as the Personal Representative of the Estate of Steven Morello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Morello;

Alfia L. Gilligan (nee Morello), individually, as

surviving child of Steven Morello;

Jessica Spiers, individually, as surviving child of Steven Morello;

Dahlia Morris, individually, as surviving child of Odessa V. Morris;

Jan-Sheri Morris, individually, as surviving child of Odessa V. Morris;

Horace Morris, individually, as surviving spouse of Odessa V. Morris;

Horace Morris, as the Personal Representative of the Estate of Odessa V. Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris;

Winford F. Lamb, individually, as surviving sibling of Odessa V. Morris;

Keith Morris, individually, as surviving child of Odessa V. Morris;

Gregory Morrone, individually, as surviving child of Ferdinand Morrone;

Ferdinand Morrone, individually, as surviving child of Ferdinand Morrone;

Linda Morrone, individually, as surviving spouse of Ferdinand Morrone;

Linda Morrone, as the Personal Representative of the Estate of Ferdinand Morrone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone;

Alyssa Morrone, individually, as surviving child of Ferdinand Morrone;

Mazen Moussa, individually, as surviving sibling of Jude Moussa;

Michael Moussa, individually, as surviving sibling of Jude Moussa;

George Jebrine, as the Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude

Moussa;

Joseph Moussa, individually, as surviving parent of Jude Moussa;

Yvette Moussa, individually, as surviving parent of Jude Moussa;

Andre Mowatt, individually, as surviving sibling of Damion Mowatt;

Deval Mowatt, individually, as surviving sibling of Damion Mowatt;

Devon Mowatt, individually, as surviving parent of Damion Mowatt;

Andrea Mowatt, individually, as surviving parent of Damion Mowatt;

Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt;

Kevin Muldowney, individually, as surviving sibling of Richard Muldowney Jr.;

Timothy Muldowney, individually, as surviving sibling of Richard Muldowney Jr.;

Brian Muldowney, individually, as surviving sibling of Richard Muldowney Jr.;

Anne Muldowney, individually, as surviving parent of Richard Muldowney Jr.;

Mary Muldowney, individually, as surviving sibling of Richard Muldowney Jr.;

Colleen Andello, individually, as surviving sibling of Richard Muldowney Jr.;

Patricia Mulligan, individually, as surviving sibling of Dennis M. Mulligan;

Patricia Mulligan, as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan;

Kevin Mulligan, individually, as surviving sibling of Dennis M. Mulligan;

Michael Mulligan, individually, as surviving sibling of Dennis M. Mulligan;

Brian Mulligan, individually, as surviving sibling of Dennis M. Mulligan;

Patricia Mulligan as Personal Representative of the Estate of Edward Mulligan, deceased, the late parent of Dennis M. Mulligan;

Patricia Mulligan as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady, deceased, the late parent of Dennis M. Mulligan;

Masako Murphy, individually, as surviving spouse of Patrick J. Murphy;

Masako Murphy, as the Personal Representative of the Estate of Patrick J. Murphy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy;

Mitchell Murphy, individually, as surviving child of Patrick J. Murphy

Plaintiff(s),

-against-

KINGDOM OF SAUDI ARABIA,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of June 10, 2018, ECF No. 2018. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

**VENUE**

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

**JURISDICTION**

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

☑ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

☑ 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

☑ 28 U.S.C. § 1330 (actions against foreign states)

☐ Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP): ________________________
______________________________________________________________________
______________________________________________________________________

**CAUSES OF ACTION**

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint **[check only one complaint]** and the following causes of action set forth in that complaint:

☑ **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

☑ COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

- ☑ COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).
- ☑ COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.
- ☑ COUNT IV – Wrongful Death.
- ☑ COUNT VI – Alien Tort Claims Act.
- ☑ COUNT VII – Assault and Battery.
- ☑ COUNT VIII – Conspiracy.
- ☑ COUNT IX – Aiding and Abetting.
- ☑ COUNT X – Intentional Infliction of Emotional Distress.
- ☑ COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.
- ☑ COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.
- ☑ COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.
- ☐ COUNT XV – Trespass.
- ☑ COUNT XVI – Violations of International Law.

---

---

**IDENTIFICATION OF PLAINTIFFS**

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

b. Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5. The only Defendant named in this Saudi Arabia Short Form Complaint is the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

**JURY DEMAND**

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: December 17, 2018

Respectfully submitted,

/s/ Jerry S. Goldman

Jerry S. Goldman
Bruce Strong
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com

*Attorneys for Plaintiffs*

# APPENDIX

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Queen Mercer | NY | United States | Wesley Mercer | Spouse | United States | Solatium |
| 2 | Queen Mercer | NY | United States | Wesley Mercer | PR | United States | Wrongful Death/Solatium |
| 3 | Linda Loran | NY | United States | Wesley Mercer | Child | United States | Solatium |
| 4 | Jackie J. Mercer | NJ | United States | Wesley Mercer | Sibling | United States | Solatium |
| 5 | Mary Cooper | DC | United States | Wesley Mercer | Sibling | United States | Solatium |
| 6 | Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker | DC | United States | Wesley Mercer | Sibling (Deceased) | United States | Solatium |
| 7 | Maria Revilla | FL | United States | Luis Clodoaldo Revilla Mier | Spouse | United States | Solatium |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 8 | Maria Revilla | FL | United States | Luis Clodoaldo Revilla Mier | PR | United States | Wrongful Death/Solatium |
| 9 | Jacqueline Milam | TX | United States | Major Ronald D. Milam | Spouse | United States | Solatium |
| 10 | Jacqueline Milam | TX | United States | Major Ronald D. Milam | PR | United States | Wrongful Death/Solatium |
| 11 | Jacqueline Milam as Natural Guardian of RDM | TX | United States | Major Ronald D. Milam | Child (Minor) | United States | Solatium |
| 12 | Jacqueline Milam as Natural Guardian of MM | TX | United States | Major Ronald D. Milam | Child (Minor) | United States | Solatium |
| 13 | Rachel Miller | PA | United States | Douglas C. Miller | Child | United States | Solatium |
| 14 | Laurie Miller | PA | United States | Douglas C. Miller | Spouse | United States | Solatium |
| 15 | Laurie Miller | PA | United States | Douglas C. Miller | PR | United States | Wrongful Death/Solatium |
| 16 | Katherine Miller | PA | United States | Douglas C. Miller | Child | United States | Solatium |
| 17 | Donna Velazquez | NY | United States | Frank V. Moccia | Child | United States | Solatium |
| 18 | Elaine Moccia | NY | United States | Frank V. Moccia | Spouse | United States | Solatium |
| 19 | Elaine Moccia | NY | United States | Frank V. Moccia | PR | United States | Wrongful Death/Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 20 | Frank Moccia | NY | United States | Frank V. Moccia | Child | United States | Solatium |
| 21 | Raffaela Modafferi | NY | United States | Louis J. Modafferi | Parent | United States | Solatium |
| 22 | Patricia Codispoti | NY | United States | Louis J. Modafferi | Sibling | United States | Solatium |
| 23 | Anthony Modafferi | NY | United States | Louis J. Modafferi | Sibling | United States | Solatium |
| 24 | Mercedes Hernandez Molina | NY | United States | Manuel De Jesus Molina | Spouse | Dominican Republic | Solatium |
| 25 | Mercedes Hernandez Molina | NY | United States | Manuel De Jesus Molina | PR | Dominican Republic | Wrongful Death/Solatium |
| 26 | Stacey Montoya | CA | United States | Carlos A. Montoya | Spouse | United States | Solatium |
| 27 | Stacey Montoya | CA | United States | Carlos A. Montoya | PR | United States | Wrongful Death/Solatium |
| 28 | Gilberto Montoya-Londono | Colombia | Colombia | Carlos A. Montoya | Sibling | United States | Solatium |
| 29 | Jaime Montoya-Londono | Colombia | Colombia | Carlos A. Montoya | Sibling | United States | Solatium |
| 30 | Luis F. Montoya-Londono | Colombia | Colombia | Carlos A. Montoya | Sibling | United States | Solatium |
| 31 | Magarita Londono de Montoya | Colombia | Colombia | Carlos A. Montoya | Parent | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 32 | Maureen Moody-Theinert | NY | United States | Thomas (Capt.) Moody | Spouse | United States | Solatium |
| 33 | Maureen Moody-Theinert | NY | United States | Thomas (Capt.) Moody | PR | United States | Wrongful Death/Solatium |
| 34 | Erin Moody | MA | United States | Thomas (Capt.) Moody | Child | United States | Solatium |
| 35 | Jessica Moody | NY | United States | Thomas (Capt.) Moody | Child | United States | Solatium |
| 36 | Deirdre Moody | NY | United States | Thomas (Capt.) Moody | Child | United States | Solatium |
| 37 | Sean Moody | NY | United States | Thomas (Capt.) Moody | Child | United States | Solatium |
| 38 | Stephanie Morales-Guerrero | FL | United States | Paula E. Morales | Child | United States | Solatium |
| 39 | Stephanie Morales-Guerrero | FL | United States | Paula E. Morales | PR | United States | Wrongful Death/Solatium |
| 40 | Petal S. Stanford-Sylvert | NJ | United States | Paula E. Morales | Child | United States | Solatium |
| 41 | Sherwin Morales | FL | United States | Paula E. Morales | Child | United States | Solatium |
| 42 | Portia Morales | PA | United States | Paula E. Morales | Child | United States | Solatium |
| 43 | Shannon Moran | MD | United States | Gerard Moran | Child | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 44 | Shannon Moran | MD | United States | Gerard Moran | PR | United States | Wrongful Death/Solatium |
| 45 | Kevin Moran | PA | United States | Gerard Moran | Sibling | United States | Solatium |
| 46 | Kim Racklin | NJ | United States | John Moran | Spouse | United States | Solatium |
| 47 | Kim Racklin | NJ | United States | John Moran | PR | United States | Wrongful Death/Solatium |
| 48 | Michael Moran | NY | United States | John Moran | Sibling | United States | Solatium |
| 49 | Dylan Moran | NJ | United States | John Moran | Child | United States | Solatium |
| 50 | Ryan Moran | WA | United States | John Moran | Child | United States | Solatium |
| 51 | Ellen Moran (a/k/a Ellen Brennan) as Personal Representative of the Estate of Margaret Murphy Moran | NY | United States | John Moran | Parent (deceased) | United States | Solatium |
| 52 | Ellen Moran Brennan | NY | United States | John Moran | Sibling | United States | Solatium |
| 53 | Mona O'Connor | NY | United States | John Moran | Sibling | United States | Solatium |
| 54 | Steven Morello | SC | United States | Steven Morello | Child | United States | Solatium |
| 55 | Eileen M. Morello | NJ | United States | Steven Morello | Spouse | United States | Solatium |
| 56 | Eileen M. Morello | NJ | United States | Steven Morello | PR | United States | Wrongful Death/Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 57 | Alfia L. Gilligan (nee Morello) | NJ | United States | Steven Morello | Child | United States | Solatium |
| 58 | Jessica Spiers | NJ | United States | Steven Morello | Child | United States | Solatium |
| 59 | Dahlia Morris | D.C. | United States | Odessa V. Morris | Child | United States | Solatium |
| 60 | Jan-Sheri Morris | MD | United States | Odessa V. Morris | Child | United States | Solatium |
| 61 | Horace Morris | MD | United States | Odessa V. Morris | Spouse | United States | Solatium |
| 62 | Horace Morris | MD | United States | Odessa V. Morris | PR | United States | Wrongful Death/Solatium |
| 63 | Winford F. Lamb | MD | United States | Odessa V. Morris | Sibling | United States | Solatium |
| 64 | Keith Morris | MD | United States | Odessa V. Morris | Child | United States | Solatium |
| 65 | Gregory Morrone | NJ | United States | Ferdinand Morrone | Child | United States | Solatium |
| 66 | Ferdinand Morrone | GA | United States | Ferdinand Morrone | Child | United States | Solatium |
| 67 | Linda Morrone | FL | United States | Ferdinand Morrone | Spouse | United States | Solatium |
| 68 | Linda Morrone | FL | United States | Ferdinand Morrone | PR | United States | Wrongful Death/Solatium |
| 69 | Alyssa Morrone | FL | United States | Ferdinand Morrone | Child | United States | Solatium |
| 70 | Mazen Moussa | El Kura, Lebanon | Lebanon | Jude Moussa | Sibling | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 71 | Michael Moussa | El Kura, Lebanon | Lebanon | Jude Moussa | Sibling | United States | Solatium |
| 72 | George Jebrine | CT | United States | Jude Moussa | PR | United States | Wrongful Death/Solatium |
| 73 | Joseph Moussa | El Kura, Lebanon | Lebanon | Jude Moussa | Parent | United States | Solatium |
| 74 | Yvette Moussa | El Kura, Lebanon | Lebanon | Jude Moussa | Parent | United States | Solatium |
| 75 | Andre Mowatt | NY | United States | Damion Mowatt | Sibling | Jamaica | Solatium |
| 76 | Deval Mowatt | NY | Jamaica | Damion Mowatt | Sibling | Jamaica | Solatium |
| 77 | Devon Mowatt | NY | Jamaica | Damion Mowatt | Parent | Jamaica | Solatium |
| 78 | Andrea Mowatt | NY | United States | Damion Mowatt | Parent | Jamaica | Solatium |
| 79 | Andrea Mowatt | NY | United States | Damion Mowatt | PR | Jamaica | Wrongful Death/Solatium |
| 80 | Kevin Muldowney | NY | United States | Richard Muldowney Jr. | Sibling | United States | Solatium |
| 81 | Timothy Muldowney | FL | United States | Richard Muldowney Jr. | Sibling | United States | Solatium |
| 82 | Brian Muldowney | FL | United States | Richard Muldowney Jr. | Sibling | United States | Solatium |
| 83 | Anne Muldowney | FL | United States | Richard Muldowney Jr. | Parent | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 84 | Mary Muldowney | NY | United States | Richard Muldowney Jr. | Sibling | United States | Solatium |
| 85 | Colleen Andello | FL | United States | Richard Muldowney Jr. | Sibling | United States | Solatium |
| 86 | Patricia Mulligan | NY | United States | Dennis M. Mulligan | Sibling | United States | Solatium |
| 87 | Patricia Mulligan | NY | United States | Dennis M. Mulligan | PR | United States | Wrongful Death/Solatium |
| 88 | Kevin Mulligan | CT | United States | Dennis M. Mulligan | Sibling | United States | Solatium |
| 89 | Michael Mulligan | NY | United States | Dennis M. Mulligan | Sibling | United States | Solatium |
| 90 | Brian Mulligan | NY | United States | Dennis M. Mulligan | Sibling | United States | Solatium |
| 91 | Patricia Mulligan as Personal Representative of the Estate of Edward Mulligan | NY | United States | Dennis M. Mulligan | Parent (Deceased) | United States | Solatium |
| 92 | Patricia Mulligan as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady | NY | United States | Dennis M. Mulligan | Parent (Deceased) | United States | Solatium |
| 93 | Masako Murphy | NJ | United States | Patrick J. Murphy | Spouse | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 94 | Masako Murphy | NJ | United States | Patrick J. Murphy | PR | United States | Wrongful Death/Solatium |
| 95 | Mitchell Murphy | NJ | United States | Patrick J. Murphy | Child | United States | Solatium |



docs-100078889.1